**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| LISA JACKSON, | : | **Civil Action No. 13-4481 (SRC)** |
|  | : |  |
| Plaintiff, | : | **ORDER** |
|  | : |  |
| v. | : |  |
|  | : |  |
| TROJAN HORSE LTD., | : |  |
|  | : |  |
| Defendant. | : |  |

**CHESLER**, District Judge

       This matter having come before the Court upon the motion for default judgment filed by Plaintiff Lisa Jackson on March 4, 2014 [docket entry 10]; and Plaintiff having informed the Court by letter dated April 24, 2014 that the entity upon which Plaintiff served the summons and complaint in this matter, through its registered agent, is actually another company named Trojan Horse with no relation to the Defendant named in this civil action [docket entry 11]; and Plaintiff further advising that she is currently attempting to serve process on the correct entity; and the motion for default judgment therefore being unripe as the Defendant has not yet been served with a summons and complaint; therefore,

       **IT IS** on this 5th day of May, 2014,

       **ORDERED** that the motion for default judgment filed by Plaintiff on March 4, 2014 [docket entry 10] be and hereby is **DISMISSED** as unripe; and it is further

       **ORDERED** that the Clerk of the Court shall update the docket of this action to indicate that the default entered as to Defendant on November 22, 2013 is vacated.

                  ___ s/ Stanley R. Chesler ___
                  STANLEY R. CHESLER
                  United States District Judge